FILED
CLERK, U.S. DISTRICT COURT

July 22, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  AUGUST IMAGE, LLC,                        Case No.: 2:20-cv-08156-SB-JPR

12                Plaintiff,

13  vs.                                       ORDER TO SHOW CAUSE RE:
                                              DISMISSAL
14

15  GRAMERCY GLOBAL
    ENTERTAINMENT, LLC, et al.,
16
                  Defendants.
17

18
        The parties filed a notice of settlement on July 21, 2021.
19

20      IT IS HEREBY ORDERED that the parties are to show cause why the

21  action should not be dismissed with prejudice on September 17, 2021 at 8:30 a.m.

22  If the parties file a proposed order to dismiss the entire action with prejudice by

23  September 10, 2021, the OSC shall be taken off calendar without further notice.

24  Otherwise, the parties shall file a status conference report by September 10, 2021

25  and appear at the OSC hearing even if they subsequently file a request for

26  dismissal.  IT IS FURTHER ORDERED that all other hearings and deadlines are

27  vacated.

28      **NOTICE**:  The parties are advised that *the Court will not continue the*

*OSC hearing*, absent a detailed, compelling showing in the status report why the

settlement has not been—and reasonably could not have been—completed, and

the parties should be prepared for the Court to set a trial date within 60 to 90 days (or the Court may reinstate any vacated deadlines).

Dated:  July 22, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge